David A. Bahr (OSB No. 90199)
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
(541) 485-2471 Voice
(541) 485-2457 Fax
bahr@westernlaw.org
HBPA's Trial Counsel

Richard A. Poulin (WSBA No. 27782)
SCOPE Law Firm, PLLC
P.O. Box 22091
Seattle, WA 98122-0091
(206) 420-1590 Voice
(206) 420-2545 Fax
rickp@scopelaw.com
HBPA's Local Counsel

Stephen Tan, (WSBA No. 22756)
Cascadia Law Group, PLLC
1201 Third Avenue
Suite 320
Seattle, WA 98101
(206) 292-2657 Voice
(206) 292-6300 Fax
stan@cascadialaw.com
Sierra Club's Counsel

HONORABLE JUDGE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOGBACK BASIN PRESERVATION ASSOCIATION, and SIERRA CLUB,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>UNITED STATES FOREST SERVICE, and WHITE PASS COMPANY,<br><br>　　　　Defendants. | Case No. CV-07-1913JLR<br><br>DECLARATION OF ERIK SPLAWN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

/ / /

I, Erik Splawn, being first duly sworn on oath, do hereby depose and say that:

**1.**   My name is Erik Splawn. I am over the age of eighteen years. I am one of the founding members of plaintiff Hogback Basin Preservation Association ("HBPA"), an organization for which I currently serve as the president. The HBPA is a non-profit public interest organization, formed in August of 1989, whose members reside throughout the State of Washington. I make this affidavit both on behalf of myself as a member of the group, and on behalf of the HBPA.

**2.**   Plaintiff HBPA is comprised of approximately 200 individuals who have lived near, used, enjoyed, and valued the area of the proposed ski area expansion for many years. I and HBPA members regularly visit and use the Gifford Pinchot National Forest and Okanogan and Wenatchee National Forests for hiking, camping, backpacking, bird watching, cross-country skiing, downhill skiing, and biological study. In particular, I, and members of HBPA, extensively use the Hogback Basin, the White Pass Ski Area, and the Goat Rocks Wilderness Area to experience their diverse natural history, recreational, aesthetic and spiritual values.

**3.**   I maintain an active, and continuing, interest in the aesthetic and ecologic integrity of the Hogback Basin, the White Pass Ski Area, and the Goat Rocks Wilderness Area as well as in the surrounding National Forests. I plan to return frequently to these and the immediately surrounding areas in order to experience the values described above. I am aware that HBPA members also plan to visit and enjoy these areas on a continuing basis.

**4.**   HBPA and its members have actively monitored and participated in the planning process for the Hogback Basin Area and the proposed White Pass Ski Area expansion. We seek, collectively, to protect and preserve the biological integrity of these public wildlands, and their related ecological functions and values; that is the core purpose for which HBPA was established and for which it perseveres. Accordingly, HBPA has also been a party to previous administrative appeals and law suits relating to attempts to expand the White Pass Ski Area into the Hogback Basin Area.

DECLARATION OF ERIK SPLAWN IN SUPPORT
OF PLAINTIFFS' IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT

2

WESTERN ENVIRONMENTAL LAW CENTER
1216 Lincoln Street
Eugene, OR 97401
(541) 485-2471

5.  HBPA and its members submitted timely and substantive comments to the Forest Service during the NEPA process at issue in this action. It also filed a timely administrative appeal with the Regional Forester as allowed by Forest Service regulations. This administrative appeal was denied. Plaintiffs have exhausted their administrative remedies and have no further adequate remedy at law.

6.  The Record of Decision allowing expansion of the White Pass Ski Area approves the cutting of trees in an inventoried roadless area, the construction of a parking lot in another inventoried roadless area and other development activities that will significantly degrade the roadless, wilderness, recreational and aesthetic values currently enjoyed by HBPA and its members. Allowing the proposed expansion of the White Pass Ski Area in the Hogback Basin Area will profoundly undermine and injure HBPA's core purpose of preservation of the roadless, wilderness, recreational and aesthetic values currently present in Hogback Basin Area and its immediate surroundings.

7.  HBPA and its members will be materially and adversely affected by the proposed expansion of the White Pass Ski Area and activities and impacts inherent in this development.

8.  Because the federal defendant's actions approving the expansion violate several procedural and substantive laws, a favorable decision by this Court reversing the Record of Decision and rescinding the Final Environmental Impact Statement will redress the actual and imminent injury to the plaintiffs by eliminating the legal basis for the ski area expansion.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing document is a true and correct statement of all facts set forth herein.

SO DECLARED, this date 3rd day of March, 2008.

_____
ERIK SPLAWN
Hogback Basin Preservation Association, President

DECLARATION OF ERIK SPLAWN IN SUPPORT OF PLAINTIFFS' IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

3

WESTERN ENVIRONMENTAL LAW CENTER
1216 Lincoln Street
Eugene, OR 97401
(541) 485-2471