David A. Bahr (OSB No. 90199)
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
(541) 485-2471 Voice
(541) 485-2457 Fax
bahr@westernlaw.org
HBPA's Trial Counsel

Richard A. Poulin (WSBA No. 27782)
SCOPE Law Firm, PLLC
P.O. Box 22091
Seattle, WA 98122-0091
(206) 420-1590 Voice
(206) 420-2545 Fax
rickp@scopelaw.com
HBPA's Local Counsel

Stephen Tan, (WSBA No. 22756)
Cascadia Law Group, PLLC
1201 Third Avenue
Suite 320
Seattle, WA 98101
(206) 292-2657 Voice
(206) 292-6300 Fax
stan@cascadialaw.com
Sierra Club's Counsel

HONORABLE JUDGE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

HOGBACK BASIN PRESERVATION
ASSOCIATION, and SIERRA CLUB,

      Plaintiffs,

  vs.

UNITED STATES FOREST SERVICE, and
WHITE PASS COMPANY,

      Defendants.

Case No. CV-07-1913JLR

DECLARATION OF MARK LAWLER IN
SUPPORT OF PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT

/ / /

DECLARATION OF MARK LAWLER IN
SUPPORT OF PLAINTIFFS' IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

1

WESTERN ENVIRONMENTAL LAW CENTER
1216 Lincoln Street
Eugene, OR 97401
(541) 485-2471

I, Mark Lawler, being first duly sworn on oath, do hereby depose and say that:

1.      My name is Mark Lawler and I currently reside in King County, Washington. I volunteer

for and represent the Sierra Club, an organization for which I currently serve as the National Forests

Committee Chair of the local Cascade Chapter, which covers the western 3/4 of Washington. The Sierra

Club was founded in 1892 and is a non-profit public interest membership association, with over a

million members, based in San Francisco, California. Sierra Club members reside throughout the state of

Washington, the United States, and Canada. Approximately 25,000 Sierra Club members reside in the

state of Washington. I make this affidavit both on behalf of myself, and on behalf of the Sierra Club.

2.      Plaintiff Sierra Club is a national conservation organization with over one million

members throughout the U.S., including 25,000 in Washington State. Its principal place of business in

Washington is the Cascade Chapter Office at 180 Nickerson Street, Suite 202, Seattle, WA 98109. Its

national headquarters is at 85 Second Street, San Francisco, CA 94105. Sierra Club members from

throughout Washington use the Gifford Pinchot National Forest and the Okanogan and Wenatchee

National Forests for many purposes including hiking, camping, cross-country skiing, snowshoeing,

downhill skiing, backpacking, fishing, bird watching, nature photography, horseback riding, and

biological study. In particular, members of the Sierra Club use the Hogback Basin Area and Goats Rock

Wilderness Area for recreational and other purposes. Sierra Club and its members have been actively

involved in the public land management planning processes for the Gifford Pinchot and the Okanogan

and Wenatchee National Forests, the Hogback Basin Area, and the proposed expansion of White Pass

Ski Area. Sierra Club members will be materially and adversely affected by the proposed expansion of

the White Pass Ski Area and activities and impacts inherent in this development.

3.      The Sierra Club works to protect and restore wildlands in the Pacific Northwest,

including Washington State, with a particular focus on public lands such as the Gifford Pinchot and

Okanogan and Wenatchee National Forests. Our members learn about such areas through our

DECLARATION OF MARK LAWLER IN
SUPPORT OF PLAINTIFFS' IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

2

publications, participate in organized outings to visit such areas, and volunteer to help protect and

restore such areas through conservation committees of their local Sierra Club chapter. Volunteers in

Washington State are assisted by trained staff, who are based in offices in Seattle, WA, and Portland,

OR.Volunteer and staff work involves analyzing Forest Service proposals that would impact or develop

wild areas, prepare comment letters to the Forest Service, contact elected officials and local media if

necessary, and attempt to influence Forest Service decisions to minimize or avoid harm to wild areas

and to restore wild areas that have been damaged by past human activities.

    **4.**    Sierra Club members reside throughout Washington State, including Lewis and Yakima

Counties near White Pass and the Hogback Basin Area. Members and staff of the Sierra Club from

around the state frequently visit the Gifford Pinchot and Wenatchee and Okanogan National Forests and

the surrounding area, including White Pass, the White Pass ski area, and the Hogback Basin Area. They

use and enjoy the above described areas for their outstanding natural history, recreational, aesthetic and

spiritual values, and as members of the Sierra Club, they collectively seek to protect and preserve the

biological integrity of these public wildlands, and their related ecological functions and values. Sierra

Club members also use and enjoy the clean water resources of these wildlands and wish to see water

quality of streams and lakes of these public lands protected and improved if currently impaired. Sierra

Club and its members have been actively involved in the public land management planning processes

for the Gifford Pinchot and the Okanogan and Wenatchee National Forests, the Hogback Basin Area,

and the proposed expansion of White Pass Ski Area. Sierra Club members will be materially and

adversely affected by the proposed expansion of the White Pass Ski Area and by the activities and

impacts inherent in this development.

    **5.**    I know that Sierra Club members plan to return frequently to the Hogback Basin Area

and the immediately surrounding area, in order to experience the values described above.

DECLARATION OF MARK LAWLER IN
SUPPORT OF PLAINTIFFS' IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

3

WESTERN ENVIRONMENTAL LAW CENTER
1216 Lincoln Street
Eugene, OR  97401
(541) 485-2471

6.      I actively use and enjoy the Gifford Pinchot and Okanogan and Wenatchee National Forests, the Hogback Basin Area, the Goat Rocks Wilderness Area, and other nearby areas on public lands for their diverse natural history, recreational, aesthetic, and spiritual values. I use the Hogback Basin Area for wintertime cross-country skiing and summertime hiking and backpacking and plan on returning for this purpose frequently. I seek to protect and preserve the biological integrity of these public wildlands, their related ecological functions and wildlife habitat values, and the water quality and fisheries of these wildlands. Since 1977 I have enjoyed cross-country skiing in several parts of the U.S. I particularly enjoy skiing into remote backcountry that has not been disturbed by human development. Over the 27 years I have lived in Washington State, my ability to find such undisturbed areas for cross-country skiing in Washington has declined markedly as ski areas have expanded their developed facilities and timber companies and the Forest Service have created new road systems in areas that were formerly undeveloped. I have found the Hogback Basin Area to be particularly valuable for cross-country skiing, with excellent snow, scenic vistas, beautiful virgin forests, and a variety of terrain that all create an outstanding backcountry skiing destination. In the winter I have camped in the Hogback Basin Area, and in the summer, I have backpacked on the Pacific Crest Trail into the Hogback Basin Area and camped in the area. I plan to return frequently to the Hogback Basin Area in order to experience and enjoy the values described above.

7.      The Record of Decision allowing expansion of the White Pass Ski Area would destroy old growth trees, clearcut virgin forests, and move earth within inventoried roadless areas for the purpose of building and installing downhill ski runs, access trails and roads, mechanical ski lifts, a mid-mountain restaurant, utilities such as power, water, and sewer lines, and a parking lot and ticket kiosk building. Such developments would permanently and irreparably harm the existing ecological, recreational, and aesthetic values of the Hogback Basin Area and the greater White Pass area that are currently enjoyed by Sierra Club members.

DECLARATION OF MARK LAWLER IN
SUPPORT OF PLAINTIFFS' IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

4

WESTERN ENVIRONMENTAL LAW CENTER
1216 Lincoln Street
Eugene, OR  97401
(541) 485-2471

8.      If the Hogback Basin Area is developed as proposed by Defendants, I would have little

personal reason to return to the area for my activities of cross-country skiing, camping, hiking, and

backpacking because the natural character and values for which I repeatedly return to the area will have

been destroyed.

9.      Sierra Club and its members will be materially and adversely affected by the Forest

Service's authorization of expansion of the White Pass Ski Area, due to its development of the Hogback

Basin Area, inventoried roadless areas, streamside areas, and attendant wildlife habitat, water quality,

fisheries, and other natural values.

10.      The organizational interests of the Sierra Club would be significantly injured by the

Defendants' proposed expansion of downhill skiing facilities in the Hogback Basin Area and elsewhere

near White Pass. The organizational interests of the Sierra Club would be seriously aggrieved and

adversely affected by Defendants' failure to prevent the impacts to wildland values discussed above.

Such a loss would greatly diminish the ecological value of the ecosystem of the Hogback Basin Area

and the surrounding region in a manner which will significantly damage the interests of the Sierra Club.

11.     The Sierra Club submitted timely and substantive comments to the Forest Service during

the NEPA process and filed an administrative appeal. Our appeal was denied.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

document is a true and correct statement of all facts set forth herein.

SO DECLARED, this date 5th day of March, 2008.

_____

Mark Lawler
Sierra Club, Cascade Chapter
National Forests Committee Chair

DECLARATION OF MARK LAWLER IN                                5
SUPPORT OF PLAINTIFFS' IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

WESTERN ENVIRONMENTAL LAW CENTER
1216 Lincoln Street
Eugene, OR  97401
(541) 485-2471